## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Steven Eric Gould,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>United States,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-01474-KJD-BNW<br><br>**REPORT AND RECOMMENDATION** |

On August 11, 2020, the court entered an order requiring Plaintiff to file an application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 3).) Plaintiff's deadline for doing so was September 10, 2020. (*Id.*) The Court noted that a failure to comply with the Court's order would result in a recommendation that this case be dismissed. (*Id.*) Plaintiff did not comply with this Court's order.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 15, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE