1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Case No. 2:20-CV-1474-KJD-BNW<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation (#7) of Magistrate Judge Brenda Weksler entered September 16, 2020, recommending that Plaintiff's action be dismissed without prejudice for failure to file an application to proceed *in forma pauperis* or to pay the filing fee. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation, to file an *IFP* or to pay the filing fee.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#7) of the United States Magistrate Judge entered September 16, 2020, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#7) entered September 16, 2020, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED without prejudice.**

DATED this 16TH day of November 2020.

The Honorable Kent J. Dawson
United States District Judge